**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-439-KJD-MDC |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| MARTIN SCHLAEPFER, | |
| Defendant. | |

This Court found that Martin Schlaepfer shall pay the in personam criminal forfeiture money judgment of $5,600,000 under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 662; Plea Agreement, ECF No. 663; Preliminary Order of Forfeiture, ECF No. 664.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Martin Schlaepfer the in personam criminal forfeiture money judgment of $5,600,000 under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED May 13, 2026.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE